UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

State of New Hampshire et al.

    v.                                                  Case No. 24-cv-294-LM-AJ

Joseph L. Everett

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 7, 2024.

Mr. Everett's motion to remand (Doc. No. 4) and the plaintiffs' motion to remand (Doc. No. 7) are denied as moot. Mr. Everett's request for injunctive relief (Doc. No. 5) is denied.

Mr. Everett's state criminal prosecution is remanded to state court. This civil case is dismissed. The clerk shall enter judgment and close the case.

                                                              _____
                                                              Landya B. McCafferty
                                                              United States District Judge

Date: January 23, 2025

cc: Joseph L. Everett, pro se
    Demetrio F. Aspiras, III, Esq.